■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SINGLETERRY, Appellant.—

The facts of this case were previously set forth by this court on the codefendant's appeal *(see, People v Ray,* 140 AD2d 380). Inasmuch as the defendant raises claims identical to those raised by the codefendant on his appeal, which claims required reversal in that case *(see, People v Ray, supra),* we conclude, as the People concede, that the defendant's judgment of conviction must be reversed.

In view of our determination, we need not reach the defendant's remaining contention. Brown, J. P., Rubin, Kooper and Harwood, JJ., concur.